1018

**Bert POSKA, Appellant, v. STATE AUTOMO-BILE INSURANCE ASSOCIATION et al.**

No. 9635.

Circuit Court of Appeals, Eighth Circuit.

Oct. 2, 1933.

Herbert W. Baird, of Lincoln, Neb., for appellant.

Guy C. Chambers and Lyle C. Holland, both of Lincoln, Neb., George B. Boland, of Omaha, Neb., and H. J. Requartte, of Lincoln, Neb., for appellees.

PER CURIAM.

Appeal dismissed for want of prosecution, under rule 17.

**QUIX-KOLD CORPORATION,, Bankrupt, et al., v. J. S. BELT et al.**

No. 886.

Circuit Court of Appeals, Tenth Circuit.

June 5, 1933.

Hunt, McClure and Hunt, of Oklahoma City, Okl., for appellant.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for appeal denied.

**Harry RAYMOND v. F. G. ZERBST, Warden.**

No. 858.

Circuit Court of Appeals, Tenth Circuit.

April 13, 1933.

Harry Raymond, pro se.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.

**Peter SJOLIE, Appellant, v. UNITED STATES of America, Appellee.**

No. 7266.

Circuit Court of Appeals, Ninth Circuit.

Aug. 21, 1933.

Allan A. Bynon, of Portland, Or., for appellant.

Carl C. Donaugh, U. S. Atty., of Portland, Or.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, consented to by counsel for appellant, ordered appeal dismissed; mandate forthwith.

**Mike STEFANSKI v. UNITED STATES of America.**

No. 837.

Circuit Court of Appeals, Tenth Circuit.

Aug. 25, 1933.

Arthur R. Morrison, of Denver, Colo., for appellant.

John A. Carroll, Asst. U. S. Atty., of Denver, Colo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.